# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152816(12)(13)

STEVEN M. GURSTEN,
        Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
        Defendant.
_____/

SC: 152816
AGC: 0935-14

On order of the Chief Justice, the motions of respondent attorney for leave to file a response to this Court's order of June 22, 2016, and to extend the time for doing so are DENIED. On further order of the Chief Justice, the motion of the Attorney Grievance Commission to extend the time for submitting its supplemental response is GRANTED. The supplemental response will be accepted as timely filed if submitted on or before August 19, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2016



Clerk